# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BluDahlia, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| **The WeissComm Group, Ltd.** ) | |
| **d/b/a W2O Group and Real Chemistry** ) | **JURY DEMAND** |
| ) | |
| **Defendant.** ) | |

## VERIFIED COMPLAINT FOR DAMAGES

In support of the relief sought herein, the Plaintiff, BluDahlia, LLC ("BluDahlia"), hereby alleges as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for federal trademark infringement under 15 U.S.C. Sec. 1114; federal unfair competition under 15 U.S.C. Sec. 1125(a); trademark infringement under the Tennessee Trade Mark Act of 2000, Tenn. Code Ann. § 47-25-501 *et seq.*; unfair competition under the Tennessee Consumer Protection Act, Tenn. Code Ann. §§ 47-18-101, *et seq.*; and trademark infringement and unfair competition under Tennessee common law to enjoin trademark infringement, unfair competition, and to recover damages and an accounting of Defendant's profits associated with said trademark infringement and unfair competition.

### II. PARTIES

2. Plaintiff BluDahlia, LLC (hereinafter referred to as "BluDahlia") is a Tennessee limited liability company that operates its business throughout the United States and internationally. BluDahlia maintains a business address at 1010 Crimson Clover Drive,

Brentwood, Tennessee 37027.

3. Defendant WeissComm Group, Ltd. d/b/a W2O Group and Real Chemistry (hereinafter referred to as "WeissComm") is a California corporation with its principal place of business in San Francisco, California. WeissComm maintains a business address at 50 Francisco Street, Suite 400, San Francisco California 94133.

### III. JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338 because it arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq*. and has supplemental jurisdiction under 28 U.S.C. § 1367. Further this Court has jurisdiction over the additional claims under 28 U.S.C. § 1332 because Plaintiff is a resident of Tennessee and WeissComm is a resident of California, and the amount in controversy exceeds $75,000. BluDahlia's federal claims are predicated on 15 U.S.C. § 1114 and 15 U.S.C. § 1125, and its claims arising under the laws of the State of Tennessee are substantially related to its federal claims such that they form part of the same case or controversy under Article III of the United States Constitution.

5. This Court has personal jurisdiction over WeissComm because it has established sufficient minimum contacts with Tennessee by, inter alia, advertising and selling infringing products bearing BluDahlia's trademark to consumers within Tennessee through its own website or one or more highly interactive commercial websites, through the regular course of business, with knowledge that BluDahlia is located in Tennessee and is harmed in Tennessee as a result of WeissComm's sales of infringing products and services bearing BluDahlia's trademark to Tennessee residents. WeissComm has known that BluDahlia is located in Tennessee because, among other reasons, BluDahlia has informed WeissComm of its location in a cease-and-desist

letter it sent to WeissComm. See **Exhibit "A"**. BluDahlia's claims arise out of WeissComm's sales of infringing products and services to Tennessee residents.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to BluDahlia's claims occurred within this judicial district or, in the alternative, because WeissComm is subject to personal jurisdiction in this district.

IV. FACTUAL BACKGROUND

7. BluDahlia is engaged in the manufacturing and sale of cosmetics such as skin care products under the brand name REAL CHEMISTRY.

8. BluDahlia promotes its brand REAL CHEMISTRY and its products primarily through digital marketing and advertising, flyers and magazine placements, email campaigns, online catalogs, social media influencers, charitable giving campaigns, healthcare-related websites, and its website, www.myrealchemistry.com.

9. All of BluDahlia's advertising and promotional materials prominently display the REAL CHEMISTRY mark and are for products manufactured and sold under the REAL CHEMISTRY mark.

10. WeissComm is a large, multimillion-dollar corporation providing, *inter alia,* marketing and consulting services and products.

11. WeissComm announced in March 2021 that its healthcare marketing and communications DBA, W2O, had rebranded under the name REAL CHEMISTRY.

12. WeissComm, operating under the name REAL CHEMISTRY is a "health innovation company" that provides a vast array of services and technology products that include pharmaceutical and healthcare marketing communication.

3

13. WeissComm works with a variety of companies, including those in the healthcare, pharmaceutical, and biotechnology industries.

14. Upon information and belief, WeissComm also works with cosmetic-related companies, including those in the skin care industry.

15. BluDahlia is in the business of manufacturing, selling and marketing cosmetic products and skin care products which are blended using pharmaceutical grade ingredients.

16. BluDahlia produces these products to be sold and marketed exclusively under the REAL CHEMISTRY brand.

17. The REAL CHEMISTRY mark is usually represented by BluDahlia on product packaging and labels and in many forms of advertising.

18. BluDahlia is the owner of the trademark REAL CHEMISTRY, which is registered on the Principal Register of the United States Patent & Trademark Office ("USPTO"), bearing US Registration No. 4265271 (the "Mark"), with a registration date of December 25, 2012, for "cosmetics; hair care preparations; and non-medicated skin care preparations." A true and correct copy of the original registration for REAL CHEMISTRY is attached hereto as **Exhibit "B"**.

19. The Mark was first used in interstate commerce in connection with cosmetics, hair care preparations, and non-medicated skin care preparations as early as October 10, 2012.

20. The Mark has been used in commerce for at least five consecutive years since its U.S. registration in connection with cosmetics and non-medicated skin care preparations. An affidavit meeting the requirements of 15 U.S.C. § 1065 was duly filed with the USPTO on April 2, 2019, and accepted and acknowledged by the USPTO on May 20, 2019. As a result, the Mark is incontestable, and the Mark's registration is conclusive evidence of the validity of the Mark,

BluDahlia's federal ownership of the Mark, and BluDahlia's exclusive right to use the Mark in commerce.

21. On December 20, 2022, BluDahlia submitted to the USPTO a renewal of its US Registration No. 4265271 which amended the product identification of goods.

22. BluDahlia also owns an International Registration, Reg. 1547415, for the trademark REAL CHEMISTRY through the Madrid System at the USPTO, thus allowing BluDahlia to obtain international trademark registrations for REAL CHEMISTRY in Canada, UK, and the European Union. True and correct copies of the original international registrations for REAL CHEMISTRY are attached hereto as **Exhibits "C" – "F"**.

23. BluDahlia's brand strategy involves marketing its REAL CHEMISTRY cosmetic products to, *inter alia,* consumers, big-box beauty product retailers, wholesalers, aestheticians, dermatologists, plastic surgeons, and pharmacies in the skin care industry.

24. BluDahlia surveys healthcare practitioners to assess and determine the best marketing strategies for its products.

25. REAL CHEMISTRY has also been featured in magazines such as Men's Health, Good Housekeeping, and others, as a result of BluDahlia's marketing efforts.

26. BluDahlia spends a great deal of money, time, and effort on advertising and promoting its REAL CHEMISTRY products.

27. On or about October 13, 2020, WeissComm filed an intent-to-use application (Application Serial No. 90251141) to register REAL CHEMISTRY with the USPTO. A true and correct copy of the application is attached hereto as **Exhibit "G"**. The application includes a long recitation of various services in International Classes 35, 41 and 42. Some of these services are:

> ***Class 35 -*** *Advertising agency services; Advertising, marketing, and promotional services; Brand development and consulting for corporate and individual clients; Business marketing consulting services; Business data analysis; Market research and business analyses; Business consulting and marketing services with relation to branding, advertising, corporate and product communications and advertising content development; Public relations and publicity agency services . . . .*
>
> ***Class 41 -*** *Educational services, namely, providing non-accredited online programs in the field of healthcare and downloadable materials distributed therewith; Educational services, namely, providing training in the field of advertising and promotion . . . .*
>
> ***Class 42 -*** *Website design consultancy; Website design and development for others; Commercial and graphic art design; Design/redesign and consulting in the field of new and existing product and package design; Technology development and advisory services for others in the field of artificial intelligence; Technology consulting services in the technology field of artificial intelligence in the fields of healthcare, medical information and patient services; . . . .*

The application is currently pending and awaiting to be registered. To date, this application has not been amended to allege use of REAL CHEMISTRY as a mark in United States commerce.

28. BluDahlia did not become aware of WeissComm's intent-to-use application (Application Serial No. 90251141) to register REAL CHEMISTRY until after the trademark application opposition period had passed at the USPTO.

29. BluDahlia is currently intending to file a trademark registration cancellation proceeding at the USPTO in the event WeissComm's intent-to-use application (Application Serial No. 90251141) matures into a federal registration.

30. BluDahlia became aware that its mark had been infringed when its customer service team fielded several inquiries from vendors, job applicants, and customers seeking technical support, and more; all of which believed that BluDahlia is associated with WeissComm and WeissComm's use of REAL CHEMISTRY.

31. This public confusion has created a significant strain on BluDahlia's resources and is causing irreparable harm to its brand.

32. Since WeissComm announced in 2021 its name change to REAL CHEMISTRY, Weiss Comm, as the junior user of that mark, has engaged in such extensive promotion of its products under the name that the market is saturated, resulting in a likelihood that consumers will mistakenly believe BluDahlia's goods are associated with WeissComm.

33. In a cease-and-desist letter dated February 18, 2022, BluDahlia demanded that WeissComm forebear using the Mark REAL CHEMISTRY in connection with its services. A true and correct copy of BluDahlia's February 18, 2022, letter is attached hereto as **Exhibit "A"**. By letter dated March 14, 2022, WeissComm rejected that demand. See **Exhibit "H".**

34. According to WeissComm's Real Chemistry's website Weiss Comm offers Patient Community Engagement, Clinical Trial Engagement, and Health Technologies.

35. The above-listed services exceed the scope of a company providing its clients purely marketing and advertising services.

36. WeissComm's clients include companies that manufacture and promote their sale of skin care products such as Galderma S.A.

37. Galderma is one of the world's largest manufacturers of skincare products.

38. Galderma is a competitor of BluDahlia.

39. WeissComm, under the name Real Chemistry, markets competing skincare products manufactured by Galderma to consumers in the same market as BluDahlia.

40. Consumers in the market for Blu Dahlia's REAL CHEMISTRY skincare products are confused by WeissComm's Real Chemistry-branded marketing of Galderma's skincare products.

41. WeissComm has caused BluDahlia financial and economic harm by the use of BluDahlia's registered trademark, REAL CHEMISTRY.

42. Unless WeissComm is enjoined from using REAL CHEMISTRY in connection with its services, BluDahlia will suffer irreparable injury to its reputation and goodwill that cannot be adequately compensated monetarily.

## V. CAUSES OF ACTION

### COUNT I
### FEDERAL TRADEMARK INFRINGEMENT

43. BluDahlia repeats and incorporates by reference the allegations of paragraphs 7 through 42 as though fully set forth herein.

44. BluDahlia is the owner of the federally registered Mark for use in connection with "cosmetics; hair care preparations; and non-medicated skin care preparations."

45. BluDahlia is the senior user of the mark REAL CHEMISTRY in interstate commerce.

46. BluDahlia has trademark priority of use over WeissComm and the exclusive right to register, use, and operate the mark REAL CHEMISTRY.

47. WeissComm's use of REAL CHEMISTRY in interstate commerce in connection with its services will likely result in confusion as to source or affiliation in violation of 15 U.S.C. § 1114.

48. WeissComm's infringing activities will be likely to cause confusion of the public to BluDahlia's detriment.

### COUNT II
### FEDERAL UNFAIR COMPETITION

49. BluDahlia repeats and incorporates by reference the allegations of paragraphs 7 through 42 as though fully set forth herein.

50. As the senior user of the Mark in interstate commerce, BluDahlia is the owner of

8

Case 3:23-cv-00662   Document 1   Filed 06/30/23   Page 8 of 13 PageID #: 8

and has exclusive rights in the Mark for use in connection with cosmetics, hair care preparations, and non-medicated skin care preparations.

51. WeissComm's use of REAL CHEMISTRY in interstate commerce in connection with its services will likely result in confusion, mistake or to deceive as to the affiliation, connection, or association of WeissComm with BluDahlia as to the origin, sponsorship, or approval of WeissComm's services.

52. This use of REAL CHEMISTRY will constitute false representation, false description, and false designation of the origin of its services in violation of 15 U.S.C. § 1125(a).

## COUNT III
## VIOLATION OF THE TENNESSEE TRADEMARK PROTECTION ACT

53. BluDahlia repeats and incorporates by reference the allegations of paragraphs 7 through 42 as though fully set forth herein.

54. Prior to federal registration of the mark, BluDahlia had common law trademark rights in the REAL CHEMISTRY mark.

55. WeissComm's use of the BluDahlia trademark infringes upon BluDahlia's rights under the Tennessee Trade Mark Act of 2000, Tenn. Code Ann. § 47-25-501 *et seq*.

56. The conduct described above in Section IV, the Factual Background section of this Complaint, paragraphs 7 through 42, constitutes conduct in violation of BluDahlia's rights under the Tennessee Trademark Act of 2000.

57. WeissComm has used BluDahlia's mark in connection with the sale, offering for sale, and advertising of services in a manner likely to cause confusion, mistake or deception as to the source of origin of such goods and services.

9

## COUNT IV
## VIOLATION OF THE TENNESSEE CONSUMER PROTECTION ACT

58. BluDahlia repeats and incorporates by reference the allegations of paragraphs 7 through 42 as though fully set forth herein.

59. The conduct described above in Section IV, the Factual Background section of this Complaint, paragraphs 7 through 42, constitutes activities that are defined as deceptive trade practices or unfair competition in violation of BluDahlia's rights under the Tennessee Consumer Protection Act.

60. WeissComm's use of REAL CHEMISTRY in connection with its services is likely to cause consumers to be deceived as to the origin or sponsorship of the goods offered by WeissComm in violation of the Tennessee Consumer Protection Act.

## COUNT V
## COMMON-LAW TRADEMARK INFRINGEMENT

61. BluDahlia repeats and incorporates by reference the allegations of paragraphs 7 through 42 as though fully set forth herein.

62. The conduct described above in Section IV, the Factual Background section of this Complaint, paragraphs 7 through 42, constitutes conduct in violation of BluDahlia's rights under the Tennessee trademark common law.

63. WeissCiomm has used BluDahlia's mark in connection with the sale, offering for sale, and advertising of services in a manner likely to cause confusion, mistake, or deception as to the source of origin of such goods and services.

## COUNT VI
## COMMON-LAW UNFAIR COMPETITION

64. BluDahlia repeats and incorporates by reference the allegations of

paragraphs 7 through 42 as though fully set forth herein.

65. The conduct described above in Section IV, the Factual Background section of this Complaint, paragraphs 7 through 42, constitutes conduct in violation of BluDahlia's rights under the Tennessee unfair competition common law.

66. WeissComm's use of REAL CHEMISTRY in connection with its services will be likely to cause consumers to be deceived as to the origin or sponsorship of the goods offered by WeissComm.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff BluDahlia prays for the following relief against WeissComm as follows:

a) A temporary restraining order and preliminary and permanent injunction against WeissComm and its servants, agents, employees, successors and assigns and all persons acting in concert with WeissComm:

   i. enjoining them from marketing, selling, distributing, supplying or rendering services, using REAL CHEMISTRY or any other mark confusingly similar to REAL CHEMISTRY; and

   ii. enjoining them from using or distributing any advertising or promotional materials, electronic or otherwise, in connection with such services that use or contain REAL CHEMISTRY or any other mark confusingly similar to REAL CHEMISTRY.

b) An Order requiring WeissComm to deliver up to BluDahlia for destruction all goods, signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets, brochures, and any other written, electronic, programmatic applications, and

11

printed material in WeissComm's possession or under its control that bear REAL CHEMISTRY or any other mark confusingly similar to REAL CHEMISTRY;

    c)       An Order requiring an accounting of profits made by WeissComm as a result of sales, if any, of services rendered in connection with REAL CHEMISTRY or any other mark confusingly similar to REAL CHEMISTRY;

    d)       A judgment award to BluDahlia in the amount of the damages sustained by BluDahlia as the result of the acts complained of herein, to be trebled in accordance with 15 U.S.C. § 1117 and with the Tennessee Trademark Act;

    e)       A judgment award to BluDahlia for its reasonable and necessary attorney's fees pursuant to 15 U.S.C. § 1117 and to the Tennessee Trademark Act;

    f)       An award pre-and post-judgment interest;

    g)       Award such other and further relief as the Court may deem appropriate and equitable;

    h)       BluDahlia hereby demands a trial by jury on all claims triable to a jury.

This 30th day of June, 2023.

                                 Respectfully submitted,
                                 **JOY SMITH KIMBROUGH**

                                 */s/ Joy Smith Kimbrough*
                                 Tennessee Bar No.: 025009
                                 P.O. Box 331034
                                 Nashville, TN 37203
                                 Telephone: (615) 596-7646
                                 Email: joykimbrough@gmail.com

**WAYNE B. KENDALL, P.C.**

/s/ *Wayne B. Kendall*
Georgia Bar No.: 414076
Email: wbkendall2@yahoo.com
*/s/ Kimberly A. Ellison*
Georgia Bar No.: 141716
Email: kimberly@waynebkendallpc.com
155 Bradford Square, Suite B
Fayetteville, GA 30215
Telephone: (770) 778-8810

**THE LAW OFFICE OF MICHAEL C. MASON**

*/s/ Michael C. Mason*
Georgia Bar No.: 475663
1960 Rosecliff Drive, NE
Atlanta, GA 30329-2756
Telephone: (678) 829-2444
Email: mmtmlaw@gmail.com

**THE WASHINGTON LAW FIRM P.C.**

*/s/ Karl Marcellus Washington*
Georgia Bar No. 738948
1353 Cleveland Ave.
Atlanta, GA 30344
Telephone: (404) 768-3963
Email: karl@washingtonlawfirm.net

*Attorneys for Plaintiff*